UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
R. BRETT & SAMRA D. HENDRICKSON
    Debtors.                                          No. 08-10826-J7

REPORT TO THE COURT OF UNCLAIMED
FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 341(a) and Bankruptcy rule 3011, I report to the Court that I will deposit the total sum of $68.77 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amounts which they are entitled to be paid are listed here:

        Expectations Guide, Inc                $68.77
        1635 W. University Dr. Ste 123
        Tempe, AZ 85281

        *Electronically filed*
        Yvette J. Gonzales
        Trustee
        P.O. Box 1037
        Placitas, NM 87043
        (505) 771-0700

THIS WILL CERTIFY that a true copy of the above was emailed to the U.S. Trustee this 17th day of March, 2010.